**No. 65106.**—Johnson Motors, Inc., and James G. Wiley *v.* United States, protest 59/9462 (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of helmets the same in all material respects as those the subject of *Antonio Pompeo* v. *United States* (40 Cust. Ct. 362, C.D. 2006), the claim of the plaintiffs was sustained.

**No. 65107.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 60/4090–11208, etc. (Chicago).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bamboo sticks similar in all material respects to those the subject of *Rico Products Co. et al.* v. *United States* (44 Cust. Ct. 100, C.D. 2159), the claim of the plaintiffs was sustained.

**No. 65108.**—James Loudon & Co., Inc. *v.* United States, protest 59/34448 (Los Angeles).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, JANUARY 30, 1961

**No. 65109.**—Gamble-Vargish & Co., DBA Seabury & Co., et al. *v.* United States, protests 59/17968, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pigtails similar in all material respects to those the subject of Abstract 63984, the claim of the plaintiffs was sustained.